IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILINE DIVISION

| | | |
|---|---|---|
| FAIR OAKS APARTMENTS, LLC | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-cv-00065 |
| | § | |
| NATIONWIDE MUTUAL | § | |
| INSURANCE COMPANY | § | |
| *Defendant.* | § | |

## INDEX OF FILINGS

Defendant Nationwide Mutual Insurance Company gives notice that the following items are being filed with its Notice of Removal in the above-referenced action:

1. Notice of Removal with the following exhibits attached:

    A. Plaintiff's Original Petition with citation and attachments;

    B. Defendant Nationwide Mutual Insurance Company's Original Answer;

2. Index of Filings;

3. Civil Cover Sheet;

4. Supplement Civil Cover Sheet; and

5. Certificate of Interested Parties.

*(Signatures on following page.)*

›

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEYS FOR DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF and Certified Mail this the 17th day of May, 2022 to:

Shaun W. Hodge                                                              **# 9414 7266 9904 2137 9628 29**
Jahan V. Guram
The Hodge Law Firm, PLLC
1301 Market Street
Galveston, Texas 77550
shodge@hodgefirm.com
jguram@hodgefirm.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp

2