IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| FAIR OAKS APARTMENTS, LLC, § | |
| § | |
| *Plaintiff* § | |
| § | |
| v. § | |
| § | |
| § | CIVIL ACTION NO. 1:22-CV-00065-BU |
| ALLIED INSURANCE COMPANY OF § | |
| AMERICA, § | |
| § | |
| *Defendant* § | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff FAIR OAKS APRATMENTS, LLC and Defendant ALLIED INSURANCE COMPANY OF AMERICA hereby advise the Court that the Parties have resolved all claims in this lawsuit. Accordingly, the Parties respectfully request that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

[Signature Block Below]

Respectfully submitted,

By: /s/ *Katherine C. Hairfield*
**THE HODGE LAW FIRM, PLLC**
**Katherine C. Hairfield**
Texas Bar No. 24117833
khairfield@hodgefirm.com
**Shaun W. Hodge**
Texas Bar No. 24052995
shodge@hodgefirm.com
1301 Market St
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing instrument was served on all counsel of record on February 14, 2023, according to the Federal Rules of Civil Procedure:

Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEYS FOR DEFENDANT**

*/s/ Katherine C. Hairfield*
Katherine C. Hairfield