UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| FAIR OAKS APARTMENTS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | No. 1:22-CV-065-H |

## **ORDER**

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 29. The agreed stipulation is approved. It is ordered that plaintiff's claims against defendant are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on April 5, 2023.

                                                JAMES WESLEY HENDRIX
                                                UNITED STATES DISTRICT JUDGE